**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 67.173.172.159**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Barrington, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/22/2019 14:48:46 | 1B089217CDFF08CB31CD3663BD6E9B32A5A3E209 | Workout and Stunning Hot Sex |
| 01/14/2019 13:16:35 | 27A48293BBE561E47452739C41642B4D950259C3 | SEX after WORK |
| 01/12/2019 17:22:01 | DBADB5297A88111AD4820864B7EF1F21AA822354 | One Romantic Evening of Hot Sex |
| 01/11/2019 15:06:42 | BB8A65BBAE1F6002EEF27D32B1F06F71816E3F4B | In Love or Lust |
| 01/05/2019 14:26:52 | FB84F005B198570DEBC57B02B615249FA6C669E2 | Fashion Show Fucking |
| 12/22/2018 13:33:49 | 2A3640EDC219B2A6B0EDCAAEBDF511B050423CB5 | Three is NOT a Crowd |
| 10/20/2018 14:57:48 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A